Bobby J. HARTSELL,
Claimant/Appellant,

v.

DOE RUN COMPANY,
Employer/Respondent.

No. 68720.

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

Application to Transfer Denied
June 25, 1996.

Thomas E. Fitzgibbons, St. Louis, for appellant.

Robin E. Fulton, R. Scott Reid, Schnapp, Fulton, Fall, McNamara & Silvey, L.L.C., Fredericktown, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Claimant appeals from the Industrial and Labor Relations Commission's (Commission) award of Workers' Compensation in the amount of $11,744.78. We affirm. The Commission's award is supported by substantial and competent evidence on the whole record. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Calvin ROBERSON, Appellant.

No. 67838.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 2, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 6, 1996.

Application to Transfer Denied
June 25, 1996.

Jack F. Allen, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Mary Moulton Bryan, Assistant Attorney General, Jefferson City, for respondent.

Before SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### MEMORANDUM DECISION

PER CURIAM.

Defendant appeals from his judgment of conviction of one count of robbery in the first degree and one count of armed criminal action, for the armed robbery of an Arby's restaurant on October 18, 1993. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a statement of the reasons for the court's decision. Judgments affirmed. Rule 30.25(b).